**FILED**

**OCT 26 2011**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| WILLIAM CECIL THORNTON, | No. 11-56146 |
| Plaintiff - Appellant, | D.C. No. 3:10-cv-01583-RBB<br>Southern District of California,<br>San Diego |
| v. | |
| ARNOLD SCHWARZENEGGAR, Governor of California; et al., | ORDER |
| Defendants - Appellees. | |

Before: Peter L. Shaw, Appellate Commissioner.

Upon review of the record, this court has determined that the appointment of pro bono counsel in this appeal would benefit the court's review. The motion for appointment of counsel is granted. The court by this order expresses no opinion as to the merits of this appeal.

The Clerk shall strike the pro se opening brief, filed on August 5, 2011.

The Clerk shall enter an order appointing pro bono counsel to represent appellant for purposes of this appeal only, and establishing a revised briefing schedule. The petition appeal is stayed pending further order of this court.

AW/MOATT