**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 27 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| In re: WILLIAM CECIL THORNTON, Respondent. | No. 12-80198 <br><br> No. 3:10-cv-01583-RBB <br> Southern District of California, San Diego <br><br> ORDER |
|---|---|

Before: WARDLAW, CALLAHAN, and N.R. SMITH, Circuit Judges.

This court has reviewed the notice of appeal and accompanying documents filed August 18, 2016, in the above-referenced district court docket pursuant to the pre-filing review order entered in this docket. Because the appeal is so insubstantial as to not warrant further review, it shall not be permitted to proceed. *See In re Thomas*, 508 F.3d 1225 (9th Cir. 2007).

This order, served on the district court for the Southern District of California, shall constitute the mandate of this court.

No motions for reconsideration, rehearing, clarification, stay of the mandate, or any other submissions regarding this order shall be filed or entertained.

DA/Pro Se